**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW MEXICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5558088** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 East Pinon Street** <br> **Farmington, NM 87401** <br> Number, Street, City, State & ZIP Code | **PO Box 515** <br> **Wallowa, OR 97885** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **San Juan** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**
   Case number (*if known*) _____

Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**                                Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company** | Case number (*if known*) |
|---|---|---|
| | Name | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2022**
                MM / DD / YYYY

**X** **/s/ Jan Swift, Jacob Swift**                      **Jan Swift, Jacob Swift**
Signature of authorized representative of debtor                  Printed name

Title    **Managing Members**

**18. Signature of attorney**

**X** **/s/ Dennis A. Banning**                  Date   **December 7, 2022**
Signature of attorney for debtor                     MM / DD / YYYY

**Dennis A. Banning**
Printed name

**NM Financial Law, P.C.**
Firm name

**320 Gold Avenue SW, Suite 1401**
**Albuquerque, NM 87102-3299**
Number, Street, City, State & ZIP Code

Contact phone   **505-503-1637**       Email address   **dab@nmfinanciallaw.com**

**12409 NM**
Bar number and State

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 7, 2022**          *X* **/s/ Jan Swift, Jacob Swift**
                                                       Signature of individual signing on behalf of debtor

                                              **Jan Swift, Jacob Swift**
                                              Printed name

                                              **Managing Members**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW MEXICO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alpine Bank Credit Card PO Box 2705 Grand Junction, CO 81502-2705** | | | **Contingent Unliquidated** | | | **$40,000.00** |
| **Bank Direct Capital Finance P.O. Box 660448 Dallas, TX 75266-0448** | | **Bank Direct is the financing entity for General Liability Insurance** | **Contingent Unliquidated** | | | **$58,461.95** |
| **BTU Block & Concrete Highway 64 Angel Fire, NM 87710** | | | **Unliquidated** | | | **$8,861.81** |
| **Builders FirstSource PO Box 74008835 Chicago, IL 60674-8835** | | | | | | **$68,102.30** |
| **Crown ICF 11202 79th Street Pleasant Prairie, WI 53158** | | | | | | **$18,882.68** |
| **EquipmentShare.com, Inc PO Box 650429 Dallas, TX 75265-0429** | | | **Unliquidated** | | | **$13,731.50** |
| **Forward Financing C/O Javier Ceciliano 53 State Street, 20th Floor Boston, MA 02109** | **jceciliano@forward financing.com** | **Accounts Receivable factoring. Treating claim as a security interest** | | **$55,000.00** | **$40,000.00** | **$55,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Four Corners Materials C/O Oldcastle SW Group Inc. 2350 South 1900 W, Suite 200 Ogden, UT 84401** | | | **Unliquidated** | | | **$4,033.25** |
| **Frank's Supply Company Inc. 3311 Standord Drive, NE Albuquerque, NM 87107** | | | **Unliquidated** | | | **$10,108.48** |
| **Galvanize Law Group, LLC 6145 Broadway, Suite 49 Denver, CO 80216** | | **Insiders are co-obligors and will satisfy this bill.** | **Contingent Unliquidated Disputed** | | | **$12,378.25** |
| **Home Depot Credit Services PO Box 790340 Saint Louis, MO 63179-0340** | | | **Unliquidated** | | | **$9,322.07** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll taxes** | **Unliquidated** | | | **$11,179.32** |
| **McDermott Weaver Connelly Clifford LLP 1000 SW Broadway, Suite 960 Portland, OR 97205** | | | **Unliquidated** | | | **$9,354.00** |
| **Mountain Supply True Value PO Box 1061 Angel Fire, NM 87710** | | | | | | **$63,963.92** |
| **New Mexico Mutual PO Box 27825 Albuquerque, NM 87125** | | **Workers Compensation Insurance carrier** | **Contingent Unliquidated** | | | **$12,981.00** |
| **Oil and Gas Equipment PO Box 459 Flora Vista, NM 87415** | | | **Unliquidated** | | | **$12,857.76** |

| Debtor | Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sun Glass 602 W. Main Farmington, NM 87401** | | | | | | $17,416.22 |
| **Target Rental 28202 Highway 160 East Durango, CO 81303** | | | **Unliquidated** | | | $4,322.38 |
| **Topped Out Plumbing P.O. Box 31 Cerro, NM 87519** | | | **Contingent Unliquidated** | | | $8,000.00 |
| **Wells Fargo PO Box 030310 Los Angeles, CA 90030-0310** | | **Skid Steer (titled in Wells Fargo, but purchase option and arguably a security interest)** | | $30,000.00 | $20,000.00 | $10,000.00 |

Debtor name    **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................    $      **295,970.01**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................    $      **295,970.01**

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **246,058.80**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      **11,179.32**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **392,525.31**

4.    Total liabilities ................................................................................................
   Lines 2 + 3a + 3b      $      **649,763.43**

Case 22-10973-j11    Doc 1    Filed 12/07/22    Entered 12/07/22 13:41:35 Page 10 of 40

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$1,067.80** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Alpine Bank** | **Checking** | **2928** | **$42.54** |
| 3.2. | **Alpine Bank** | **Checking** | **6251** | **$0.01** |
| 3.3. | **Alpine Bank** | **Checking** | **7063** | **$12,159.66** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $13,270.01 |
   |---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Case 22-10973-j11   Doc 1   Filed 12/07/22   Entered 12/07/22 13:41:35 Page 11 of 40

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:      **40,000.00**   -   **0.00**   = ....      **$40,000.00**

    face amount      doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$40,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>**Office Furniture** | **$0.00** | **Comparable sale** | **$5,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>miscellaneous office equipment | **$0.00** | | **$1,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**   **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $6,000.00 |
|---|---|

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.   **2008 Toyota Tundra VIN: 5TFBV54108X070367** | $7,000.00 | | $7,000.00 |
| 47.2.   **2001 Green Ford F250 VIN: 1FTNX21F21EA99408; inoperable** | $500.00 | | $500.00 |
| 47.3.   **2003 Dodge Ram 2500 VIN: 3D7KU28C13G758099** | $6,500.00 | | $6,500.00 |
| 47.4.   **1997 Ford F150 VIN: 1FTDX1863VNA74101, inoperable** | $500.00 | | $500.00 |
| 47.5.   **2007 Ford F150 VIN: 1FTRF14WX7NA67017** | $2,500.00 | | $2,500.00 |
| 47.6.   **Two Crew Travel Trailers** | $0.00 | | $10,000.00 |
| 47.7.   **2000 Crew Travel Trailer** | $0.00 | | $1,000.00 |
| 47.8.   **Aluminum Job Trailer** | $0.00 | | $4,500.00 |
| 47.9.   **White Tandem Cargo Trailer** | $0.00 | | $3,500.00 |
| 47.10.   **Aluminum Job Trailer** | $0.00 | | $3,500.00 |

| | | | |
|---|---|---|---|
| 47.11· | **2008 Cevrolet Silverado  Vin ends in 6941** | $0.00 | $8,000.00 |
| 47.12· | **2007 Chevrolet Silverado Vin ends in 3891** | $0.00 | $8,000.00 |
| 47.13· | **2012 Ford 1 Ton Vin ends in 0339; needs work** | $0.00 | $2,500.00 |
| 47.14· | **2006 F350 Vin ends in 0876** | $0.00 | $6,500.00 |
| 47.15· | **Skid Steer (titled in Wells Fargo, but purchase option and arguably a security interest)** | $0.00 | $20,000.00 |
| 47.16· | **Mini Excavator (titled in Wells Fargo but purchase option and arguably a security interest)** | $0.00 | $25,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **Sand Blaster Pot**
       **Used Scaffolding**
       **Hitachi Nailer**
       **Stapler**
       **Hitachi Finish Nailer**
       **Used Truss Boom**
       **Lenova Yoga 900 laptop**
       **Home Depot -misc small tools**
       **JD 310S Backhoe & Attachments**
       **Hitachi Framing Nailer**
       **Dewalt Hammerdrill**
       **10.25" Wormdrive saw**
       **Foam Insulation System**
       **JLG Telehandler**
       **Vibratory Plate**
       **25K Generator**
       **Macbook Pro laptop**
       **Jumping Jack**
       **36" Power Trowel**
       **Fuel Storage Tank**
       **Dump Trailer**
       **7 Set Scaffolding**
       **Eagle Welder**
       **Wood Splitter**
       **Portable Sawmill**                                    $0.00                $0.00

Debtor    **Trinity Legacy Consortium, LLC, a New Mexico**      Case number *(If known)*
         **Limited Liability Company**
         Name

| | | |
|---|---|---|
| micelaneous hand tools and small power tools | $0.00 | $1,000.00 |
| Sand Blaster Pot | $0.00 | $4,500.00 |
| Used Scaffolding | $0.00 | $3,500.00 |
| Used Truss Boom | $0.00 | $2,500.00 |
| JLG Telehandler | $0.00 | $45,000.00 |
| Foam Insulation System | $0.00 | $12,000.00 |
| 25k Generator | $0.00 | $45,000.00 |
| Jumping Jack | $0.00 | $1,200.00 |
| 36" Power Trowel | $0.00 | $2,000.00 |
| Dump Trailer | $0.00 | $6,000.00 |
| 7 Set Scaffolding | $0.00 | $2,500.00 |
| Wood Splitter | $0.00 | $1,000.00 |
| Wood Splitter | $0.00 | $1,000.00 |

51. **Total of Part 8.**

      Add lines 47 through 50. Copy the total to line 87.          | $236,700.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

      ■ No. Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No. Go to Part 11.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Hubspot Leads | $0.00 | | Unknown |

65. **Goodwill**

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.         $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |

Debtor    **Trinity Legacy Consortium, LLC, a New Mexico**
            **Limited Liability Company**
            Name

Case number *(If known)*

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **40' High Cube Storage**                        **$0.00**

---

78.    **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.             **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,270.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $236,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $295,970.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $295,970.01 |

**Fill in this information to identify the case:**

Debtor name    **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Forward Financing**<br>Creditor's Name<br><br>**C/O Javier Ceciliano**<br>**53 State Street, 20th Floor**<br>**Boston, MA 02109**<br>Creditor's mailing address<br><br>**jceciliano@forwardfinancing.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**September 20, 2022**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Accounts Receivable factoring. Treating claim as a security interest**<br><br>Describe the lien<br>**Non-Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55,000.00** | **$40,000.00** |
| **2.2**   **John Deere Financial**<br>Creditor's Name<br><br>**PO Box 4450**<br>**Carol Stream, IL**<br>**60197-4450**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**JLG Telehandler Fork Lift**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $11,058.80 | $45,000.00 |

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **US Small Business Administration** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $150,000.00 | Unknown |
| | **801 Tom Martin Drive, Suite 120** | **All property of the Debtor/Blanket lien** | | |
| | **Birmingham, AL 35211** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**June 17, 2020**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Wells Fargo** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $30,000.00 | $20,000.00 |
| | **PO Box 030310** | **Skid Steer (titled in Wells Fargo, but purchase option and arguably a security interest)** | | |
| | **Los Angeles, CA 90030-0310** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$246,058.80**

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $11,179.32 | $11,179.32 |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Aaron W. Barrick**<br>**Folkestad Fazekas Barrick & Patoile, PC**<br>**18 W. Wilcox Street, Ste 200**<br>**Castle Rock, CO 80104**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Opposing Counsel: " La Plata County District Court, Colorado, Case No. 2019CV002028 David Roberts, et al v. Trinity Legacy Consortium, LLC, et al**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Alpine Bank Credit Card**<br>**PO Box 2705**<br>**Grand Junction, CO 81502-2705**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $40,000.00 |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arnold L. Wagner**
**McConnell Wagner Sykes Stacey PLLC**
**827 E. Park Blvd, Suite 201**
**Boise, ID 83712**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Opposing Counsel, Ada County Idaho: Case No. CV01-21-11689 Carl Pennington v. Trinity Legacy Consortium, LLC and Case No. CV01-21-11690 CRPD Holdings LLC v Trinity Legacy Consortium,  LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,461.95 |
|---|---|---|---|

**Bank Direct Capital Finance**
**P.O. Box 660448**
**Dallas, TX 75266-0448**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2020**

Last 4 digits of account number _

Basis for the claim:  **Bank Direct is the financing entity for General Liability Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,275.80 |
|---|---|---|---|

**Blue Spruce Building Materials Co**
**PO Box 162**
**Lake City, CO 81235-0162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,861.81 |
|---|---|---|---|

**BTU Block & Concrete**
**Highway 64**
**Angel Fire, NM 87710**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,102.30 |
|---|---|---|---|

**Builders FirstSource**
**PO Box 74008835**
**Chicago, IL 60674-8835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.40 |
|---|---|---|---|

**Comcast**
**PO Box 60533**
**City of Industry, CA 91716-0533**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,882.68 |
|---|---|---|---|

**Crown ICF**
11202 79th Street
Pleasant Prairie, WI 53158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507.00 |
|---|---|---|---|

**EIS**
479 Wolverine Drive, #9
Bayfield, CO 81122

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,731.50 |
|---|---|---|---|

**EquipmentShare.com, Inc**
PO Box 650429
Dallas, TX 75265-0429

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,033.25 |
|---|---|---|---|

**Four Corners Materials**
C/O Oldcastle SW Group Inc.
2350 South 1900 W, Suite 200
Ogden, UT 84401

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,108.48 |
|---|---|---|---|

**Frank's Supply Company Inc.**
3311 Standord Drive, NE
Albuquerque, NM 87107

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,378.25 |
|---|---|---|---|

**Galvanize Law Group, LLC**
6145 Broadway, Suite 49
Denver, CO 80216

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insiders are co-obligors and will satisfy this bill.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,661.26 |
|---|---|---|---|

**Givens Pursley LLP**
PO Box 2720
Boise, ID 83701

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,322.07 |
| --- | --- | --- | --- |

**Home Depot Credit Services**
PO Box 790340
Saint Louis, MO 63179-0340

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,151.50 |
| --- | --- | --- | --- |

**Hubspot Inc**
25 First Street
Cambridge, MA 02141

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Lindsay J. Obert**
**Tri-Lakes Legal, PLLC**
3973 Forest Lakes Drive
Monument, CO 80132

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Opposing Counsel: La Plata County District Court, Colorado, Case No. 2019CV002028 David Roberts, et al v. Trinity Legacy Consortium, LLC, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Mark D. Gruskin and Charles Fuller**
**Senn Visciano Canges PC**
1700 Lincold Street, Ste 4300
Denver, CO 80203

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Opposing Counsel: La Plata County District Court, Colorado, Case No. 2021CV030163 Mark Johnston, et al v. Trinity Legacy Consortium, LLC, et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,797.45 |
| --- | --- | --- | --- |

**Mathews Plumbing/Heating/AC LLC**
2844 E. Main Street, Ste 106-225
Farmington, NM 87401

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,354.00 |
| --- | --- | --- | --- |

**McDermott Weaver Connelly Clifford LLP**
1000 SW Broadway, Suite 960
Portland, OR 97205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,963.92 |
|---|---|---|---|

**Mountain Supply True Value**
PO Box 1061
Angel Fire, NM 87710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,981.00 |
|---|---|---|---|

**New Mexico Mutual**
PO Box 27825
Albuquerque, NM 87125

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  Prior to 2020

Basis for the claim:  Workers Compensation Insurance carrier

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,857.76 |
|---|---|---|---|

**Oil and Gas Equipment**
PO Box 459
Flora Vista, NM 87415

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,889.36 |
|---|---|---|---|

**Speedway**
PO Box 639
Portland, ME 04104-0639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,416.22 |
|---|---|---|---|

**Sun Glass**
602 W. Main
Farmington, NM 87401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,322.38 |
|---|---|---|---|

**Target Rental**
28202 Highway 160 East
Durango, CO 81303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,655.05 |
|---|---|---|---|

**Timber Products**
PO Box 3969
Peachtree City, GA 30269

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Topped Out Plumbing**
P.O. Box 31
Cerro, NM 87519

Date(s) debt was incurred __2022__

Last 4 digits of account number _

■ Contingent
■ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Warmboard Inc.**
100 Enterprise Way, Ste G300
Scotts Valley, CA 95066

Date(s) debt was incurred _

Last 4 digits of account number _

□ Contingent
■ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,659.92 |
|---|---|---|---|

**White Cap Building Supplies**
PO Box 6040
Cypress, CA 90630-0040

Date(s) debt was incurred _

Last 4 digits of account number _

□ Contingent
■ Unliquidated
□ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No □ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 11,179.32 |
| 5b. Total claims from Part 2 | 5b. + | $ 392,525.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 403,704.63 |

Debtor name  **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:  DISTRICT OF NEW MEXICO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office space at 101 West 11th Street, Durango, CO.** | |
| | State the term remaining | **Month to Month** | **DurangoSpace LLC** |
| | List the contract number of any government contract | _____ | **PO Box 1405** **Durango, CO 81302** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing SIPS panels. Four projects. Third down. Another third to manufacture. Final third on delivery. See below. A third has been paid on four projects** | |
| | State the term remaining | | **Enercept Inc** |
| | List the contract number of any government contract | _____ | **3100 9th Ave SE** **Watertown, SD 57201** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Office building at 101 East Pinon Street, Farmington. Oral lease purchase agreement. Seller attempting to get clear title. No rent being paid at this time.** | |
| | State the term remaining | | **Phillip McKinney** |
| | List the contract number of any government contract | _____ | **6200 Quail Run** **Farmington, NM 87401** |

Debtor 1   **Trinity Legacy Consortium, LLC, a New Mexico**
           **Limited Liability Company**
           _First Name_        _Middle Name_        _Last Name_

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **On a month to month lease, has a purchaase option.  Mini Excavator and Skid Steer. Maybe a security interest and not a true lease.  Also listed on Schedule D.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Wells Fargo**<br>**PO Box 030310**<br>**Los Angeles, CA 90030-0310** |

Fill in this information to identify the case:

Debtor name __**Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**__

United States Bankruptcy Court for the: __DISTRICT OF NEW MEXICO__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jan and Lorraine Swift** | **PO Box 515**<br>**Wallowa, OR 97884** | **Multiple Creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other   **Business; Through November 23, 2022** | $2,828,453.51 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Business** | $3,641,164.92 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Business** | $2,459,804.66 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ballew Construction Co Inc**<br>3-A Bisbee Lane<br>Santa Fe, NM 87508 | **September 12, 2022** | **$7,823.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **BankDirect Capital Finance**<br>PO Box 660448<br>Dallas, TX 75266 | **October 5, 2022** | **$11,702.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.3. **Builders FirstSource**<br>PO Box 74008835<br>Chicago, IL 60674-8835 | **October 18, 2022** | **$43,593.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Crown ICF**<br>11202 79th Street<br>Pleasant Prairie, WI 53158 | **October 18, 2022** | **$20,782.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Enercept Inc**<br>3100 9th Ave SE<br>Watertown, SD 57201 | **September 1, 2022 ($43,626); September 8, 2022 ($24,326); Sepember 12, 2022 ($26,027).** | **$93,981.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **EquipmentShare.com, Inc**<br>PO Box 650429<br>Dallas, TX 75265-0429 | **September 13, 2022** | **$10,749.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Forward Financing**<br>100 Summer Street, Suite 1175<br>Boston, MA 02110 | **September 20, 2022** | **$12,420.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Factoring company** |

| Debtor | Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company | Case number (if known) | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. Galvanize Law Group, LLC<br>6145 Broadway, Suite 49<br>Bayfield, CO 81122 | September 19, 2022 ($5,000); October 28, 2022 ($5,000); November 21, 2022 ($5,000). | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. New Mexico Mutual<br>3900 Singer Boulevard NE<br>Albuquerque, NM 87109 | October 19, 2022 | $9,997.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Insurance__ |
| 3.10. Speedway<br>WEX Bank<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | October 18, 2022 ($13,400.12); November 17, 2022 ($10,683.99) | $24,084.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other __Fuel__ |
| 3.11. Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Eleven payments within 90 days. Will provide breakdown if requested. | $61,095.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Payroll taxes__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Jacob Swift<br>945 Hwy 516<br>Aztec, NM 87410<br>member | June 2022 | $116,525.00 | Purchased land used by business. Put real estate in Jacob Swift's name. The land is used as a mill site. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mark Johsnton, et al v. Trinity Legacy Consortium, LLC et al 2021 CV 030163** | **Constuction Contract Litigation** | **La Plata County District Court, Colorado** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **David Roberts, et al v. Trinity Legacy Consortium, LLC, et al 2019 CV 002028** | **Construction Contract Litigation** | **La Plata County District Court, Colorado** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. | **Carl Pennington v. Trinity Legacy Consortium, LLC CV01-21-11689** | **Construction Contract Litigation** | **Ada County District Court, Idaho** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **CRPD Holdings LLC v. Trinity Legacy Consortium, LLC CV01-21-11690** | **Construction Contract Litigation** | **Ada County District Court, Idaho** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **CRPD Holdings v. Trinity Legacy Consortium LLC and Carl Pennington v. Trinity Legacy LLC Arbitration Before Thomas Banducci** | **Construction Contract Litigation. Two Idaho cases consolidated into arbitration in Idaho.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?
Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **NM Financial Law, P.C.
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102-3299** | **Attorney Fees** | **October 3, 2022,  $200 consultation; October 24, 2022, $20,000 retainer. December 6, 2022, $5,000 additional retainer.** | **$25,200.00** |
| | Email or website address
**dfh@nmfinanciallaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Jacob Swift** | **See answer to question 4 on this form.** | | **$0.00** |
| | Relationship to debtor | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.**   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Silver Creek Financial Services Inc<br>175 Hwy *2<br>Lostine, OR** | **Ongoing, mostly tax services** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jan Swift<br>PO Box 515<br>Unity, OR 97884** | **Ongoing. Member who manages finances.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jan and Lorraine Swift** | **PO Box 515<br>Wallowa, OR 97885** | **Members do not have designated titles.** | **50% total** |

| Debtor | Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company | | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob and Charity Swift | 945 Hwy 516<br>Aztec, NM 87410 | Members do not have designated titles | 47.5% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December  7, 2022___

| /s/ Jan Swift, Jacob Swift | Jan Swift, Jacob Swift |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor ___Managing Members___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## District of New Mexico

In re    **Trinity Legacy Consortium, LLC, a New Mexico Limited Liability Company**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charity Swift**<br>**945 Hwy 516**<br>**Aztec, NM 87410** | **General** | **24.5%** | **Membership** |
| **Jacob Swift**<br>**945 Hwy 516**<br>**Aztec, NM 87410** | **General** | **23%** | **Membership** |
| **Jan Swift**<br>**PO Box 515**<br>**Wallowa, OR 97884** | **General** | **25%** | **Membership** |
| **Lorraine Swift**<br>**PO Box 515**<br>**Wallowa, OR 97885** | **General** | **25%** | **Membership** |
| **Ryan J Schietinger**<br>**4410 Westheimer Rd, Apt 3437**<br>**Houston, TX 77027** | **General** | **2.5%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Members** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 7, 2022**

Signature   **/s/ Jan Swift, Jacob Swift**

          **Jan Swift, Jacob Swift**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders